**FILED**
Sep 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff<br>     v.<br><br>RAMON CERRANO ET AL.,<br><br>                     Defendants. | CASE NO. 1:22-CR-00242-ABA-BAM<br><br>UNSEALING ORDER |

    Good cause appearing due to the defendants' indictments in the Eastern District of California on September 2, 2022, it is hereby ordered that the complaint, indictment, arrest warrants as to Ramon Cerrano, Alexis Serrano, and Eleazar Valenzuela, and related court filings in the above matter, be UNSEALED but that any and all documents bearing the name of the defendant not yet arrested in this matter remain SEALED until further order of the Court.

DATED: September _2_, 2022

                                                  HON. STANLEY A. BOONE
                                                  UNITED STATES MAGISTRATE JUDGE